IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MING ZHANG, | * |
| Plaintiff, | * |
| v. | Case No.  3:23-CV-00149-CDL |
| | * |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 23, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.

This 29th day of December, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk